**Stuart Altman, Esq.**

**Law Office of Stuart Altman**

**2 Allen Street, Suite 3G**

**New York, NY 10002**

**917-622-5614**

October 8, 2026

**BY ECF**
Honorable Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *Merino Reyes v. Blanche, et al.* No. 26-9829 (MCA)**
**Petitioner's Detention Under 8 U.S.C. § 1231(a)(5)**

Dear Judge Arleo:

I am the attorney for the Petitioner Mr. Merino Reyes in this case. The Petitioner at this time authorizes me to withdraw his Petition for a Writ of Habeas Corpus in this matter. If there is anything else needed please contact me. Thank you.

Truly yours,

/S/Stuart Altman

Stuart Altman

Ordered case shall be closed.

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 10/9/26